UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | File No. 1:98-CR-62-2 |
| : | |
| **CHRISTOPHER MAIN** : | |

### ORDER

The Magistrate Judge's Report and Recommendation was filed September 2, 2008. (Paper 430.) After de novo review and over objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

Christopher Main's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Paper 407) is DENIED.

It is further certified that any appeal taken in forma pauperis from this Order would not be taken in good faith because such an appeal would be frivolous. See 28 U.S.C. § 1915(a).

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 9th day of October, 2008.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge